**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Johnston, | No. CV-25-0164-TUC-SHR (EJM) |
| Petitioner, | **ORDER** |
| v. | |
| B. Hudson, Warden, | |
| Respondent. | |

On October 22, 2025, this Court issued its Order (Doc. 17) staying the instant case pending resolution of *Johnston v. Gutierrez*, No. CV-24-00005-TUC-SHR. The stay remains in effect.

On December 1, 2025, Petitioner filed a Motion for Expedited Summary Judgment Under Fed. R. Civ. P. 56 (Doc. 18) and a Statement of Facts (Doc. 19). On December 8, 2025, Petitioner filed a Notice of Citation to Additional Authority (Doc 20) indicating that he "discovered . . . *Woolsey v. Washington*, 2025 U.S. Dist. LEXIS 174474 (Midd. D. Ala. Sept. 8, 2025)[.]"

The stay in the instant case was enacted because final resolution of the Report and Recommendation by the District Judge in *Johnston v. Gutierrez*, No. CV-24-00005-TUC-SHR, may moot or otherwise resolve the issues raised here. Order 10/22/2025 (Doc. 17) at 1. Once the stay is lifted, Respondent will file his response to Petitioner's § 2241 Petition (Doc. 1) and Petitioner will have the opportunity to reply. *See* Order 8/19/2025 (Doc. 8) at 4.

A "stay" is defined as "[t]he postponement or halting of a proceeding[.]" *Stay*,

Black's Law Dictionary (12th ed. 2024).  Because this case is halted, Petitioner's filings are improper.  Additionally, the Court has warned Petitioner that the filing of a separate "Notice of Additional Authority **must** relate to binding authority on this Court, *e.g.*, from the Ninth Circuit Court of Appeals or the Supreme Court of the United States.  *See* Fed. R. Civ. P. 11(b) (requiring filings to be "warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law")."  Order 10/22/2025 (Doc. 17) at 3.  If Petitioner believes *Woolsey* is an important case for resolution of his Petition (Doc. 1), he will have to opportunity to cite to it in his Reply.

      Accordingly, **IT IS HEREBY ORDERED** that the following documents shall be STRUCK from the record for the reasons stated herein:

    1) Petitioner's Motion for Expedited Summary Judgment Under Fed. R. Civ. P. 56 (Doc. 18);

    2) Petitioner's Statement of Facts (Doc. 19); and

    3) Petitioner's Notice of Citation to Additional Authority (Doc 20)

Dated this 11th day of December, 2025.

_____
Eric J. Markovich
United States Magistrate Judge