**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew J. Johnston, | No. CV-25-0164-TUC-SHR (EJM) |
| Petitioner, | **ORDER** |
| v. | |
| Mark Gutierrez, | |
| Respondent. | |

Pending before the Court is Petitioner's Motion for Conditional Dismissal (Doc. 33). Petitioner seeks dismissal of this case because he expected to be "physically furloughed from FCI Tucson" by May 23, 2026. (*Id*. at 1.)  Respondent confirmed that as of May 13, 2026, Petitioner "is housed at an RRC facility in Tucson, Arizona."  (Doc. 34 at 1.) Respondent further agrees dismissal for mootness is appropriate.

In his habeas petition, Petitioner sought relief seeking application of his FSA time credits and placement in a residential re-entry center (RRC). (Doc. 1 at 4.)  Petitioner's release to an RRC facility provides the relief requested, and his habeas claim should be dismissed. *Munoz v. Rowland*, 104 F.3d 1096, 1098 (9th Cir. 1997) (stating where court "can no longer provide . . . the primary relief sought in [Petitioner's] habeas corpus petition" the issue is moot and must be dismissed).  Accordingly,

**IT IS ORDERED**:

1) The reference to the Magistrate Judge is withdrawn as to Petitioner's Motion to Compel (Doc. 31) and Motion for Conditional Dismissal (Doc. 33), as well as Respondent's Second Motion for Extension of Time to file Answer (Doc. 35).

2) Petitioner's Motion for Conditional Dismissal (Doc. 33) is **GRANTED** to the extent it recognizes his Petition (Doc. 1) is moot;

3) Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) is **DENIED AS MOOT**;

4) This matter is **DISMISSED WITH PREJUDICE**;

5) All remaining pending motions are **DENIED AS MOOT**; and

6) The Clerk of Court shall close this case.

Dated this 17th day of June, 2026.

Honorable Scott H. Rash
United States District Judge